|[pic] |
| |
| | |Court of Appeals | | |
|BRIAN QUINN | | | |VIVIAN LONG |
|Chief Justice | |Seventh District of Texas | |Clerk |
| | |Potter County Courts | | |
|JAMES T. CAMPBELL | |Building | | |
|Justice | |501 S. Fillmore, Suite 2-A | | |
| | |Amarillo, Texas 79101-2449 | |MAILING ADDRESS: |
|MACKEY K. HANCOCK | |www.txcourts.gov/7thcoa.asp| |P. O. Box 9540 |
|Justice | |x | |79105-9540 |
| | | | | |
|PATRICK A. PIRTLE | | | | |
|Justice | | | |(806) 342-2650 |

 August 12, 2015

|James L. Abbott, Jr. |James A. Farren |
|ABBOTT LAW OFFICE |Criminal District Attorney |
|1105 S. Taylor Street |2309 Russell Long Blvd., Suite 120 |
|Amarillo, TX 79101 |Canyon, TX 79015 |
|* DELIVERED VIA E-MAIL * |* DELIVERED VIA E-MAIL * |

RE: Case Number: 07-15-00199-CR, 07-15-00200-CR
 Trial Court Case Number: 20,498-C, 24,698-C

Style: Destany Jenee Liles v. The State of Texas

Dear Counsel:

 The following was filed Tuesday, August 11, 2015, in the captioned
appeal:

 Reporter’s Record (1 volume Plea of Guilt April 22, 2009)

 Very truly yours,
 Vivian Long
 VIVIAN LONG, CLERK

|xc: |Honorable Ana Estevez (DELIVERED VIA E-MAIL) |
| |Jo Carter (DELIVERED VIA E-MAIL) |
| |Debby Murphy (DELIVERED VIA E-MAIL) |
| |Barbara Younger (DELIVERED VIA E-MAIL) |